UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14020-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ERNESTO PEREZ-PINA**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 22]. On May 2, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 20] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 13]. There is no written plea agreement in this case. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 22]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 22] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Ernesto Perez-Pina as to the sole count of the Indictment is **ACCEPTED**.

CASE NO. 22-14020-CR-CANNON

3. Defendant Ernesto Perez-Pina is adjudicated guilty of the sole count of the Indictment, which charges him with illegal reentry after removal, in violation of 18 U.S.C. § 1326(a) and (b)(1) [ECF No. 13].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 19th day of May 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record