UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14020-CR-CANNON

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**ERNESTO PEREZ-PINA,**

       Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE SENTENCING HEARING**

**THIS MATTER** comes before the Court upon the Defendant's Unopposed Motion to Continue Sentencing [ECF No. 26]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's sentencing hearing is hereby reset for 2:00 p.m. on Wednesday, July 27, 2022.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of June 2022.

                                            AILEEN M. CANNON
                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record